IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROT VAN NGUYEN,** <br><br> Petitioner, <br><br> v. <br><br> **GARY S. SANDOR Warden,** <br><br> Respondent. | C 12-0616 LHK <br><br> [~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file Respondent's answer be extended 60 days to and including September 7, 2012.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response.

Dated: ___8./22.12_____     _____/s/ Lucy H. Koh_____
The Honorable LUCY H. KOH
United States District Judge

SF2012204945
20631591.doc