1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

8

9

10

11

12

| | |
|---|---|
| **ROT VAN NGUYEN,** | C 12-0616 LHK (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **GARY S. SANDOR, Warden,** | |
| Respondent. | |

13

14

15

16

17

18

19

20     GOOD CAUSE appearing, it is hereby ordered that Respondent may file a Memorandum of

21   Points and Authorities that is 38 pages long in support of its Answer to the Order to Show Cause

22   in this habeas corpus proceeding.

23

24

25   Dated: _____9/14/12_____        _Lucy H. Koh_____

26                                         The Honorable Lucy H. Koh
                                          United States District Judge

27

28   20633207.doc