IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROT VAN NGUYEN,** | C 12-0616 LHK (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **GARY S. SANDOR, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that Respondent may file a Memorandum of Points and Authorities that is 38 pages long in support of its Answer to the Order to Show Cause in this habeas corpus proceeding.

Dated: 9/14/12

_____
The Honorable Lucy H. Koh
United States District Judge

20633207.doc